UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01295-RBD-DCI

HOWARD COHAN,

    Plaintiff,

vs.

TAMARIND INVESTMENTS, LLC,
a Florida Limited Liability Company,
d/b/a HURRICANE GRILL & WINGS

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, TAMARIND INVESTMENTS, LLC, a Florida Limited Liability Company, d/b/a HURRICANE GRILL & WINGS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 3, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Michael J. Furbush** |
| Gregory S. Sconzo, Esq. | MICHAEL J. FURBUSH |
| Florida Bar No.: 0105553 | Florida Bar No. 070009 |
| Sconzo Law Office, P.A. | MICHAELA N. KIRN |
| 3825 PGA Boulevard, Suite 207 | Florida Bar No. 1018863 |
| Palm Beach Gardens, FL 33410 | Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A. |
| Telephone: (561) 729-0940 | Post Office Box 2346 |
| Facsimile: (561) 491-9459 | Orlando, Florida 32802-2346 |

| | |
|---|---|
| Email: greg@sconzolawoffice.com<br>Email: samantha@sconzolawoffice.com<br>Secondary Email: alexa@sconzolawoffice.com<br>Attorney for Plaintiff | Telephone: (407) 841-1200<br>Fax: (407) 423-1831<br>Primary E-mails: mfurbush@deanmead.com<br>mkirn@deanmead.com<br>Secondary E-mails: mgodek@deanmead.com<br>smarshall@deanmead.com<br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**